# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

140607 & (19)

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

GERALD LYNN CALKINS,
  Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140607
COA: 294842
Kalkaska CC: 97-001695-FC

_____/

   On order of the Court, the application for leave to appeal the November 19, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

s0920